# Fourth Court of Appeals
## San Antonio, Texas


August 22, 2018

No. 04-18-00379-CV

**THE STATE OF TEXAS**,
Appellant

v.

**ONE MILLION SEVEN HUNDRED ELEVEN THOUSAND SIXTY-ONE DOLLARS AND SEVENTY-NINE CENTS** ($1,711,061.79) In U.S. Currency, Elgin Watch, Rope Necklace, ID Bracelet, Two (2) Costume Jewelry Rings, and Five (5) Silver Bars,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 10,242
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file the appellee's brief is granted. We **order** the appellee's brief due August 24, 2018. We also grant appellee's unopposed motion to supplement the record. We **order** the trial court clerk, Dora Martinez Castañon, to file a supplemental clerk's record, by **September 4, 2018**, that contains the items requested in appellee's motion for supplementation of the record. The requested items are:

1. Order of Assignment [April 12, 2018]
2. Fiat Setting Hearing for The Villarreal Respondents' Objection to Venue, Motion to Vacate Bexar County Transfer Order, and Motion to Transfer Venue to Bexar County set for hearing on May 7, 2018 at 11:00 a.m.
3. Fiat Setting Hearing for The Villarreal Respondents' Plea to the Jurisdiction set for hearing on May 7, 2018 at 11:00 a.m.
4. Fiat Setting Hearing for The Villarreal Counter-Plaintiffs' Traditional Motion for Final Summary Judgment set for hearing on June 13, 2018 at 11:00 a.m.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2018.



KEITH E. HOTTLE,
Clerk of Court